728

No. 593. HENDERSON COUNTY, KENTUCKY, *v.* STATE BANK OF NEW YORK ET AL.; and

No. 594. SAME *v.* SAME. March 12, 1930. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James W. Henson* and *John C. Worsham* for petitioner. *Mr. Edmund F. Trabue* for respondents.

No. 595. HENDERSON COUNTY, KENTUCKY, *v.* STATE BANK OF NEW YORK ET AL.; and

No. 596. SAME *v.* SAME. March 12, 1930. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. James W. Henson* and *John C. Worsham* for petitioner. *Mr. Edmund F. Trabue* for respondents.

No. 599. MISSOURI PACIFIC R. Co. *v.* BUSHEY, ADMINISTRATRIX. March 12, 1930. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Thomas B. Pryor* and *Edward J. White* for petitioner. *Mr. Frank Pace* for respondent.

No. 601. CHENEY BROTHERS *v.* DORIS SILK CORP. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. John W. Davis* for petitioner. *Mr. Jesse S. Epstein* for respondent.

No. 602. GASTON ET AL., RECEIVERS, *v.* RUTLAND R. Co. March 12, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. J. W. Redmond* and *Horace H. Powers* for petitioners. *Mr. Edwin W. Lawrence* for respondent.